No. 81–5168.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5170.   WALKER *v.* GRAHAM, GOVERNOR OF FLOR-IDA.   Sup. Ct. Fla.   Certiorari denied.

No. 81–5172.   WILLIAMS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 81–5173.   ZATKO *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 81–5176.   QUARTERMAN *v.* QUARTERMAN ET AL.   Ct. App. Ga.   Certiorari denied.

No. 81–5179.   BEACHBOARD *v.* COLUMBIA UNIVERSITY. Ct. App. N. Y.   Certiorari denied.

No. 81–5180.   HUNT *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 81–5183.   TORRES *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–5185.   D. B. *v.* VERMONT.   Sup. Ct. Vt.   Certiorari denied.

No. 81–5186.   SALAMA *v.* VIRGINIA ET AL.   C. A. 4th Cir. Certiorari denied.

No. 81–5187.   ALEXANDER *v.* STATE ATTORNEY FOR BAL-TIMORE CITY.   C. A. 4th Cir.   Certiorari denied.

No. 81–5190.   WASHINGTON *v.* UNITED STATES; and
No. 81–5200.   WATT *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.   Reported below: 659 F. 2d 1084.

No. 81–5197.   LEE *v.* UNITED STATES DEPARTMENT OF LABOR ET AL.   C. A. 4th Cir.   Certiorari denied.